**Bruce W. KOENIG, Plaintiff–Appellant,**

**v.**

**WEXFORD HEALTH SOURCES, INC.; Colin Ottey; Ava Joubert–Curtis; Greg Flury; Unknown Triage Nurses, Defendants–Appellees.**

**No. 15–6096.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Bruce W. Koenig, Appellant Pro Se. Gina Marie Smith, Meyers, Rodbell & Rosenbaum, PA, Riverdale, Maryland, for Appellees.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce W. Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Koenig v. Wexford Health Sources, Inc.,* No. 1:13–cv–03599–JFM (D.Md. Dec. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*